**GOVERNMENT OF THE VIRGIN ISLANDS, Plaintiff**

**v.**

**SAMUEL BRADSHAW, Defendant**

Civil No. —

District Court of the Virgin Islands

Div. of St. Croix

May 14, 1968

---

GORDON, *District Judge*

The motion of defendant for leave to appeal from the Order of the Municipal Court of the Virgin Islands, JDR. 126/1966, is denied for the reason that the Municipal Court, in its Memorandum Opinion of February 8, 1968, has properly and correctly disposed of the issues involved in the case.